IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC.<br>    Plaintiff, | §<br>§<br>§<br>§ |
| vs. | §    CASE NO. _____ |
| HAMILTON WELL SERVICE LLC,<br>AND BRETT JENSEN<br>    Defendants. | §<br>§<br>§<br>§<br>§ |

## TABLE OF EXHIBITS

Exhibit A:   12.17.2015   Plaintiff's Original Petition, Application for Injunctive Relief and Application for Writ of Sequestration or alternatively, Writ of Attachment

Exhibit B:   12.18.2015   Order Setting Bond; Granting Temporary Restraining Order; and Setting Hearing

Exhibit C:   12.18.2015   Proposed Agreed Temporary Restraining Order

Exhibit D:   12.22.2015   Clerk's certificate of cash deposit in lieu of injunction bond per order of the court

Exhibit E:   12.29.2015   Proposed Agreed Extension of Temporary Restraining Order

Exhibit F:   01.01.2016   Order Extending TRO; Setting Hearing

Exhibit G:   01.29.2016   Civil Process Pick-up Form

Exhibit H:   01.29.2016   Civil Process Request

Exhibit I:   01.29.2016   Plaintiff's 1st Supplemental Original Petition

Exhibit J:   02.08.2016   Order Setting Bond; Designating Case Trial Ready; and Granting Temporary Injunction

Exhibit K:   02.11.2016   R11 Agreement

| | | |
|---|---|---|
| Exhibit L: | 03.07.2016 | Plaintiff's Motion for Interlocutory Default Judgment for Liquidated Damages Against Hamilton Well Services LLC |
| Exhibit M: | 03.17.2016 | Defendant, Hamilton Well Service LLC's Answer to, and Verified Denial of, Plaintiff's Original Petition |
| Exhibit N: | 03.30.2016 | Plaintiff's Certificate of Written Discovery |
| Exhibit O: | 04.04.2016 | Docket Control/Pretrial Order |
| Exhibit P: | 05.12.2016 | Plaintiff's Designation of Expert |
| Exhibit Q: | 05.13.2016 | Returned Citation re Brett Jensen |
| Exhibit R: | 05.19.2016 | Plaintiff's Motion for Death Penalty Sanction, or alternatively, Motion to Compel Discovery Responses and Request for Sanctions |
| Exhibit S: | 05.23.2016 | Defendant, Brett Jensen's Answer to Plaintiff's 1st Supplemental Original Petition |
| Exhibit T: | 06.17.2016 | Defendant's Suggestion of Bankruptcy (w/Exhibit A) |
| Exhibit U: | 06.17.2016 | Defendant's Suggestion of Bankruptcy |
| Exhibit V: | 06.21.2016 | Plaintiff's Motion for Partial Non-suit with Prejudice |
| Exhibit W: | 06.21.2016 | Notice of Intent to Dismiss – Bankruptcy |
| Exhibit X: | 06.22.2016 | Order of Partial Nonsuit |
| Exhibit Y: | 06.27.2016 | Notice of Intent to Dismiss – No Answer Filed |
| Exhibit Z: | 06.30.2016 | Plaintiff's Certificate of Written Discovery |
| Exhibit AA: | | Docket Sheet from the Harris County District Court |
| Exhibit BB: | | List of all counsel of record & parties |