# Exhibit A

No. _____

| MAVERICK OILFIELD SPECIALTIES, | § | IN THE DISTRICT COURT OF |
| INC. | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HAMILTON WELL SERVICE, LLC | § | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION,
APPLICATION FOR INJUNCTIVE RELIEF AND
APPLICATION FOR WRIT OF SEQUESTRATION,
OR ALTERNATIVELY, WRIT OF ATTACHMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, MAVERICK OILFIELD SPECIALTIES, INC. (hereafter, "MAVERICK" or

"Plaintiff"), files this Plaintiff's Original Petition, Application for Injunctive Relief and

Application for Writ of Sequestration, or Alternatively, Writ of Attachment. In support thereof,

Plaintiff MAVERICK shows as follows:

I.

**DISCOVERY CONTROL PLAN: LEVEL 2
AND
REQUEST FOR DISCLOSURE**

1.      Plaintiff intends for discovery to be conducted under level 2 of Tex. R. Civ. Proc.

190, *et seq.*

1a.     Per Tex. R. Civ. Proc. 194, Plaintiff asks that Defendant disclose within the time

required by law the information and materials described in Tex. R. Civ. Proc. 194.

II.

**PARTIES**

2.      Plaintiff MAVERICK is a Texas Corporation that conducted business in Harris

County, Texas at all times material to this lawsuit.

3.      Defendant, HAMILTON WELL SERVICE, LLC, is Texas Limited Liability

Company that conducted business in Harris County, Texas at all times material to this lawsuit. Defendant can be served with process through its Registered Agent, *Britthaney Smith*, located at *16 Waterway Court, The Woodlands, TX 77380*.

III.

## JURISDICTION AND VENUE

4.      This court has subject matter jurisdiction over this case in that Plaintiff seeks, among other things, monetary damages of more than $200,000.00 but less than $1,000,00.00, plus non-monetary relief.  This court has personal jurisdiction over Defendant in that it conducted business in Harris County, Texas at all times material to this lawsuit.

5.      Harris County, Texas is proper venue for this lawsuit because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Harris County, Texas.

IV.

## BRIEF FACTS

6.      From July 6, 2015 through October 27, 2015, Defendant HAMILTON purchased certain goods on account from Plaintiff MAVERICK.  *See* true and correct summary of unpaid Invoices attached hereto as Exhibit "A" and made a part hereof for all purposes.

7.      To secure payment, Plaintiff MAVERICK retained a purchase money security interest in the goods sold on account as a matter of law per Tex. Bus. & Com. Code §9.103.

8.      As further security, Plaintiff MAVERICK filed UCC-1 Liens with the Texas Secretary of State.  *See* true and correct copy of recorded UCC-1 Liens attached hereto as Exhibit "B" and made a part hereof for all purposes.

9      As requested, Plaintiff MAVERICK delivered and/or Defendant HAMILTON received all of the goods on account shortly thereafter.

10.     Payment terms reflected on the invoice required payment in full within 30 days.

11.     Defendant HAMILTON failed to pay all of the foregoing invoices as agreed.

12.     On or about September 1, 2015, Plaintiff MAVERICK sent a ten day written demand for payment.

13.     When Defendant HAMILTON failed to pay after 14 days, on or about September 15, 2015, Plaintiff MAVERICK sent a Demand to Turn Over Collateral.

14.     In response, Defendant HAMILTON made a partial payment for approximately one-half of the balance owed and promised to pay the balance in 30 days.

15.     Defendant HAMILTON failed to pay the balance as promised.

16.     In one last effort to avoid litigation, on or about November 11, 2015, Plaintiff MAVERICK sent Defendant HAMILTON a copy of this Lawsuit with one last demand to pay the balance owed.

17.     Defendant HAMILTON failed to pay the balance owed or turn over the collateral.

18.     After the application of all payments, credits and offsets to which Defendant HAMILTON is entitled, it owes Plaintiff MAVERICK *$247,468.57*, plus attorney fees, interest and court costs.

V.

## CAUSES OF ACTION

### BREACH OF CONTRACT & BREACH OF SETTLEMENT AGREEMENT

19.     As described above, Defendant HAMILTON breached its Contract and subsequent Settlement Agreement with Plaintiff MAVERICK which proximately caused damages to Plaintiff MAVERICK within the jurisdictional limits of this court for which it hereby sues.

20.     All conditions precedent have occurred, have been performed or have been

waived.

## ATTORNEY FEES

21.     Per Tex. Civ. Prac. & Rem. Code §38, *et seq.,* Plaintiff MAVERICK sues for reasonable and necessary attorneys' fees incurred to protect its legal rights in this matter.

## INTEREST

22.     Plaintiff MAVERICK sues for pre and post judgment interest at the maximum rate allowed by law.

## FRAUD/FRAUDULENT INDUCEMENT

23.     Either directly or by omission, Defendant HAMILTON misrepresented its solvency and/or misrepresented its intent to pay Plaintiff MAVERICK.

24.     Plaintiff MAVERICK detrimentally relied on the foregoing material misrepresentations to its detriment which proximately caused damages to Plaintiff MAVERICK within the jurisdictional limits of this court for which it hereby sues.

VI.

## APPLICATION FOR INJUNCTIVE RELIEF

## TRO, TI AND PERMANENT INJUNCTION

25.     As described above, as a matter of law, Plaintiff holds a purchase money security interest in the Collateral.   *See* Tex. Bus. & Com. Code §9.103.

26.     As further security, Plaintiff MAVERICK filed UCC-1 Liens with the Texas Secretary of State regarding the Collateral.

27.     After the application of all payments, credits and offsets to which Defendant is entitled, ***$247,468.57***, remains due, owing and unpaid by Defendant, plus attorney fees, interest and costs of court.

28.     Because of the foregoing, before filing this lawsuit, Plaintiff demanded that Defendant pay its past due amounts. Defendant failed to do so.

29.     Subsequently, Plaintiff demanded that Defendant turn over the Collateral. Defendant failed to do so.

30.     The Collateral represents Plaintiff's main source of recovery of the debt owed by Defendant. Defendant admitted to having cash flow problems and that it cannot pay its bills.

31.     Defendant continues to use the Collateral causing further depreciation and damage to the Collateral. Further, the Collateral is easily disposed of without accounting to Plaintiff for the proceeds thereof.

32.     Based on Defendant's conduct and lack of assets necessary to pay its debt owed to Plaintiff, unless Defendant is enjoined as herein provided, the Collateral may be damaged, lost, destroyed, concealed, transferred and/or otherwise disposed of, thereby depriving Plaintiff of the main source of recovery available to satisfy the debt.

33.     Such injury would be irreparable because, on information and belief, Defendant does not possess sufficient assets to pay a judgment and the Collateral may be continued to be used, lost, destroyed or otherwise disposed of before any other extraordinary remedy can be effected. There is no other adequate remedy at law which will allow Plaintiff to preserve its rights.

34.     As above described, Plaintiff has shown a probable right to recover. As such, Plaintiff asks that the Court immediately issue a ***TEMPORARY RESTRAINING ORDER*** requiring that—

a.     Defendant, HAMILTON WELL SERVICE, LLC, its representatives, agents, officers, employees, attorneys, family members and any other persons in active concert or

participation with them, whether acting directly or through any trust, corporation, subsidiary,

assumed name, division or other devise, immediately:

> i.  Cease and Desist from any and all use, movement, transfer, sale,
>     encumbering, disposal, alteration and concealment of the Collateral,
>     including proceeds therefrom;
>
> ii.  Cease and Desist from transferring, concealing, destroying, or removing
>     from the jurisdiction of this Court any books, records, documents, invoices,
>     accounts, papers, correspondence, computers, computer data, software,
>     emails, texts, or any other written or computer generated materials relating
>     in any way to the Collateral and business of Defendant.
>
> iii.  immediately provide in writing the physical location of each item of
>     Collateral.
>
> iv.  immediately turn over all of the Collateral to Plaintiff, or assemble and
>     make all of the Collateral available for inspection and photography by
>     Plaintiff.
>
> v.  immediately provide in writing to Plaintiff a description of any Collateral
>     disposed of or transferred by Defendant, including the date thereof, and the
>     name, address and telephone number of each person or entity to whom
>     Defendant transferred any Collateral; and
>
> vi.  immediately provide in writing to Plaintiff the terms of any agreement
>     under which any Collateral is held by a third party and provide a copy of
>     any such agreement.
>
> b.  Defendant in this cause be commanded to comply with this TRO from date

of entry until and to the fourteenth day after entry or until further Orders by the Court.

35.     Also, Plaintiff requests that, after an evidentiary hearing, the Court enter a

temporary injunction and/or permanent injunction to protect the Collateral as above set forth.

36.     Plaintiff is ready, willing and able to post a reasonable bond.

VII.

## APPLICATION FOR SEQUESTRATION

37.     Per Tex. R. Civ. Proc. 696 and Tex. Civ. Prac. & Rem. Code § 62.001, *et seq.*,

Plaintiff MAVERICK requests a Writ of Sequestration based on the following grounds:

a)   this lawsuit is for foreclosure or enforcement of a security interest on personal property (i.e. the Collateral); and

b)   a reasonable conclusion may be drawn that there is an immediate danger that Defendant or the party in possession of the property will conceal, dispose of, ill-treat, waste or destroy the property or remove it during the lawsuit.

*See* Affidavit of James Etheridge, Plaintiff's authorized representative, attached hereto as Exhibit "C" and made a part hereof for all purposes.

38.   The Collateral is located at 7506 US Hwy 59 N, Victoria, TX 77905. The Collateral has a value of approximately $100,000.00.

VIII.

**APPLICATION FOR ATTACHMENT**

39.   Alternatively, but without waiving the foregoing, per Tex. Civ. Prac. & Rem. Code § 61.001, *et seq.*, Plaintiff MAVERICK requests a Writ of Attachment based on the following grounds:

a)   Defendant is justly indebted to Plaintiff;

b)   Attachment is not sought for the purpose of injuring or harassing Defendant;

c)   Plaintiff will probably lose his debt unless the Writ of Attachment is issued; and

d)   specific grounds for the Writ exist under Section 61.002, including but not necessarily limited to—

i.   Defendant owes Plaintiff for property obtained by Defendant under false pretenses; and/or

ii.   Defendant is about to convert all or part of the property into money for the purpose of placing it beyond the reach of his creditors.

40.   The Collateral is located at 7506 US Hwy 59 N, Victoria, TX 77905. As used

equipment in a soft market, the Collateral has a value of approximately $100,000.00.

IX.

## RELIEF REQUESTED

Plaintiff asks that the Court--

(1)    issue citation ordering Defendant to appear and answer herein;

(2)    After hearing, grant Plaintiff's Application for TRO;

(3)    sign a Writ of Sequestration and/or Writ of Attachment;

(4)    award Plaintiff all of its actual damages incurred in this matter;

(5)    award Plaintiff reasonable and necessary attorneys' fees incurred to prosecute this claim;

(6)    award Plaintiff pre and post judgment interest at the highest rate allowed by law;

(7)    assess all court costs against Defendant; and

(8)    grant such further relief to which Plaintiff is entitled.

Respectfully submitted,

WILLIAM J. CRONIN, P.C.

By _____

William J. Cronin
TBA# 00790536
17101 Kuykendahl Rd. – Ste 120
Houston, Texas 77068
Tel (281) 444-2990
Fax (281) 444-2997
ATTORNEY FOR PLAINTIFF

MAVERICK OILFIELD SPECIALTIES
HOUSTON, TX 77032
16135 ALDINE WESTFIELD RD.
HOUSTON, TX 77032

# Statement

| Date |
|------|
| 11/11/2015 |

To:

HAMILTON WELL SERVICE, LLC
4849 GREENVILLE AVE.
STE. 1250
DALLAS, TEXAS 75206



**EXHIBIT**
A

| | Amount Due | Amount Enc. |
|---|---|---|
| | $247,468.57 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 07/20/2015 | INV #43090. Due 08/19/2015. Orig. Amount $90,611.47. 50377 | 48,360.83 | 48,360.83 |
| 07/20/2015 | INV #43094. Due 08/19/2015. Orig. Amount $90,611.47. 50378 | 90,611.47 | 138,972.30 |
| 07/31/2015 | INV #43142. Due 08/30/2015. Orig. Amount $90,611.47. 50380 | 90,611.47 | 229,583.77 |
| 07/31/2015 | INV #43143. Due 08/30/2015. Orig. Amount $214.50. 51213 | 214.50 | 229,798.27 |
| 07/31/2015 | INV #43144. Due 08/30/2015. Orig. Amount $530.77. 50373 | 530.77 | 230,329.04 |
| 08/11/2015 | INV #43169. Due 08/31/2015. Orig. Amount $2,073.14. 52165 | 2,073.14 | 232,402.18 |
| 09/16/2015 | CREDMEM #43301. 51617 | -4,129.13 | 228,273.05 |
| 09/16/2015 | INV #43303. Due 10/06/2015. Orig. Amount $1,769.64. 52203 | 1,769.64 | 230,042.69 |
| 09/16/2015 | INV #43304. Due 10/06/2015. Orig. Amount $841.83. 52202 | 841.83 | 230,884.52 |
| 09/16/2015 | INV #43305. Due 10/06/2015. Orig. Amount $1,345.98. 52201 | 1,345.98 | 232,230.50 |
| 09/21/2015 | INV #43313. Due 10/11/2015. Orig. Amount $6,333.65. 51618 | 6,333.65 | 238,564.15 |
| 09/28/2015 | INV #43329. Due 10/18/2015. Orig. Amount $170.10. 52258 | 170.10 | 238,734.25 |
| 10/07/2015 | INV #43360. Due 10/27/2015. Orig. Amount $1,585.00. 52269 | 1,585.00 | 240,319.25 |
| 10/08/2015 | INV #43366. Due 10/28/2015. Orig. Amount $1,018.05. 52324 | 1,018.05 | 241,337.30 |
| 10/13/2015 | INV #43383. Due 11/02/2015. Orig. Amount $526.43. 52335 | 526.43 | 241,863.73 |
| 10/13/2015 | INV #43384. Due 11/02/2015. Orig. Amount $801.16. 52331 | 801.16 | 242,664.89 |
| 10/15/2015 | INV #43393. Due 11/04/2015. Orig. Amount $198.41. 52326 | 198.41 | 242,863.30 |
| 10/19/2015 | INV #43399. Due 11/08/2015. Orig. Amount $454.69. 52341 | 454.69 | 243,317.99 |
| 10/19/2015 | INV #43400. Due 11/08/2015. Orig. Amount $2,380.95. 52344 | 2,380.95 | 245,698.94 |
| 10/27/2015 | INV #43423. Due 11/16/2015. Orig. Amount $1,769.63. 52279 | 1,769.63 | 247,468.57 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|-----------|
| 0.00 | 6,131.27 | 13,064.25 | 0.00 | 228,273.05 | $247,468.57 |

EXHIBIT

B

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

15-0026030875
08/06/2015 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

623036190003

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Eileen M. Etheridge

**B. E-MAIL CONTACT AT FILER (optional)**
karen@maverickoilfield.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
CLK 73

N12

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120" KING 150 TON ELEVATOR LINKS, S/N: 11252
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-2
(1) TE27-100—2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-4
(1) MS860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPMO1568
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0288
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10298
(1) IE7-SMD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-067
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-23 FOR 5/8"-3/4", S/N: 63503-12, 63503-3
FOR 3/4"-7/8", S/N: 63503-1, S/N: 60133-14 FOR 1", S/N" 601338
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH112
(1) R2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3559
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43090, DT #50377, RIG #120

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43090, DT #50377, RIG #120

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Eilean M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
OLK 7S

N13

15-0026031028

06/06/2015 05:00 PM

FILED
TEXAS
SECRETARY OF STATE

SOS

623036190005

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB17S-120-1-3/4" X 120" KING 150 TON ELEVATOR LINKS, S/N: 10250
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-6
(1) TE27-100--2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37637-5
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPMO1569
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0289
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10295
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-068
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-27 FOR 5/8"-3/4", S/N: 63503-28, 62066-17
FOR 3/4"-7/8", S/N: 63503-30, S/N: 62066-22 FOR 1", S/N: 62066-35
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH113
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3560
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43094, DT #50378, RIG #121

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer | ☐ Bailee/Bailor   ☐ Licensee/Licensor |

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43094, DT #50378, RIG #121

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15-0026031149**

**08/06/2015 05:00 PM**

FILED
Texas
SECRETARY OF STATE
SOS

623036190006

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Ellean M. Etheridge |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| karen@maverickoilfield.com |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
OLK TS

NB

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120' KING 150 TON ELEVATOR LINKS, S/N: 11253
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37357-7
(1) TE27-100--2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-1
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPMO1570
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0290
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10280
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-049
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 62066-11, 62066-16 FOR 5/8"-3/4", 63503-24,
62066-9 FOR 3/4"-7/8", 63503-21, 63503-10 FOR 1"
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH114
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 4082
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43142, DT #50380, RIG #122

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor |
|---|

8. OPTIONAL FILER REFERENCE DATA:
INVOICE #43142, DT #50380, RIG #122

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

15-0027552663

08/19/2015 05:00 PM

FILED

TEXAS
SECRETARY OF STATE

SOS

627627470002

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| Eilean M. Etheridge |
| B. E-MAIL CONTACT AT FILER (optional) |
| Karen@maverickoilfield.com |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) |

┌ Maverick Oilfield Specialties, Incorporated.
  16135 Aldine Westfield Road
  Houston, Texas 77032                                    RECEIVED
                                                          AUG 19 2015
                                                          CLK BD
└

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LIMITED LIABILITY COMPANY | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16 WATERWAY COURT | THE WOODLANDS | TX | 77380 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INCORPORATED | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD ROAD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**PLEASE SEE ATTACHED PAGES FOR COLLATERAL**

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor |

8. OPTIONAL FILER REFERENCE DATA:
INVOICE #43169, 42900, 43054, 43053, 43047, 43075, 43132, 43143

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)



**Maverick** Oilfield Specialties, Inc.

16135 ALDINE WESTFIELD · HOUSTON, TX 77032
(281) 449-6251 · (281) 443-0591
FAX (281) 987-8633
OILFIELD EQUIPMENT & SUPPLIES



| DATE | INVOICE # |
|------|-----------|
| 8/11/2015 | 43169 |

43169

**BILL TO:**

HAMILTON WELL SERVICE, LLC
10 WATERWAY COURT
THE WOODLANDS, TX 77380

**SHIP TO:**

HAMILTON FISHING &
RENTAL
6270 TX 21
BRYAN, TEXAS 77807

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| 35-0025 | NET 20 | 04 | 8/10/2015 | CO. TRUCK | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 1 | TIW-278 | 2-7/8" 5K EUE SAFETY VALVE S/N: 01211555T | 1,250.00 | 1,250.00T |
| 1 | RAT-132U | RATIGAN ROD BACK OFF TOOL | 540.00 | 540.00T |
| 1 | M-1502T | 2" THRD 1502 HAMMER UNIONS | 78.00 | 78.00T |
| 1 | PS25E-20L-J | 2-1/2" EUE X 2" LP J55 SWAGE | 65.00 | 65.00T |

DT #52165

| | Subtotal | $1,933.00 |
|---|----------|-----------|
| | Sales Tax (7.25%) | 3.19T|

| return policy for your business | | TOTAL | $1,973.11 |



**16135 ALDINE WESTFIELD · HOUSTON, TX 77032**
**(281) 449-6251 · (281) 443-0591**
**FAX (281) 987-8633**
**OILFIELD EQUIPMENT & SUPPLIES**

Maverick
Oilfield Specialties, Inc.



| DATE | INVOICE # |
|------|-----------|
| 7/31/2015 | 43143 |

43143

**BILL TO:**

HAMILTON WELL SERVICE, LLC
7506 US Hwy 59 N
Victoria, TX 77905

**SHIP TO:**

VICTORIA, TX

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| 602-0648 | Net 30 | 03 | 7/29/2015 | DELIVERED | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 2 | CF-216 | 2-1/16" 5000# FLANGE W/ 2" OUTLET | 100.00 | 200.00T |
| | | TH #51213 | | |

| | | |
|--|--|--|
| Subtotal | | $200.00 |
| Sales Tax (7.25%) | | $14.50 |

Thank you for your business

| **TOTAL** | $214.50 |
|-----------|---------|

No. _____

| | | |
|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| HAMILTON WELL SERVICE, LLC | § | _____ JUDICIAL DISTRICT |

### *AFFIDAVIT OF JAMES ETHERIDGE*

THE STATE OF TEXAS   §

COUNTY OF HARRIS   §



EXHIBIT

BEFORE ME, the undersigned Notary Public, on this day, personally appeared JAMES ETHERIDGE, who, being by me duly sworn on oath deposed and stated as follows:

1.      "My name is JAMES ETHERIDGE. I am Plaintiff MAVERICK's authorized representative in this cause. I am over the age of eighteen years, of sound mind and otherwise capable of making this Affidavit.

2.      I have personal knowledge of the facts stated herein as I was the President of Plaintiff MAVERICK at all times material to this lawsuit.

3.      I have read the attached Plaintiff's Original Petition and Application for Writ of Sequestration. All statements of fact contained therein are true and correct.

4.      From July 6, 2015 through October 27, 2015, Defendant HAMILTON purchased certain goods on account from Plaintiff MAVERICK. *See* true and correct copy of Invoices attached hereto as Exhibit "A."

5.      To secure payment, Plaintiff MAVERICK retained a purchase money security interest in the goods sold on account as a matter of law per Tex. Bus. & Com. Code §9.103.

6.      As further security, Plaintiff MAVERICK filed UCC-1 Liens with the Texas Secretary of State. *See* true and correct copy of recorded UCC-1 Liens attached hereto as Exhibit "B."

7       As requested, Plaintiff MAVERICK delivered and/or Defendant HAMILTON received all of the goods on account shortly thereafter.

8.      Payment terms reflected on the invoice required payment in full within 30 days.

9.      Defendant HAMILTON failed to pay all of the foregoing invoices as agreed.

10. On or about September 1, 2015, Plaintiff MAVERICK sent a ten day written Demand for payment.

11. When Defendant HAMILTON failed to pay after 14 days, on or about September 15, 2015, Plaintiff MAVERICK sent a Demand to Turn Over Collateral.

12. In response, Defendant HAMILTON made a partial payment for approximately one-half of the balance owed and promised to pay the balance in 30 days.

13. Defendant HAMILTON failed to pay the balance as promised.

14. In one last effort to avoid litigation, on or about November 11, 2015, Plaintiff MAVERICK sent Defendant HAMILTON a copy of this Lawsuit with one last demand to pay the balance owed.

15. Defendant HAMILTON failed to pay the balance owed or turn over the collateral.

16. After the application of all payments, credits and offsets to which Defendant HAMILTON is entitled, it owes Plaintiff MAVERICK **_$247,468.57_**, plus attorney fees, interest and court costs.

17. The Collateral is located at 7506 US Hwy 59 N, Victoria, TX 77905. As used equipment in a soft market, the Collateral has a value of approximately $100,000.00."

Further Affiant sayeth not.

JAMES ETHERIDGE

SUBSCRIBED AND SWORN TO BEFORE ME on this **16th** day of December 2015.

Notary Public in and for
The State of Texas

SHELLY RUSSELL BUTTAFUOCO
Notary Public, State of Texas
My Commission Expires
January 21, 2017

12/17/2015 10:38:32 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 8279643
By: FRANKLIN, KRYSTAL G
Filed: 12/17/2015 10:38:32 AM

No. _____

| | | |
|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | HARRIS COUNTY, TEXAS |
| HAMILTON WELL SERVICE, LLC | § | _____ JUDICIAL DISTRICT |

## ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

On this day, the Court held a hearing on the Application for Writ of Attachment filed by

Plaintiff, MAVERICK OILFIELD SPECIALTIES, INC., in the above entitled and numbered

cause.  Plaintiff appeared by and through its attorney of record.  The Court held the hearing with

notice to Defendant.  Upon review of the pleadings, statements and evidence, the Court finds

that—

1.  This Cause is pending in this Court.

2.  Plaintiff is seeking damages from Defendant and enforcements of Plaintiff's security interests and liens in the Collateral described on the attached Exhibit "A." (hereafter, collectively, "the Collateral").

3.  The Property/Collateral is located at 7506 US Hwy 59 N, Victoria, TX 77905.

4.  Plaintiff has shown a probable right to recovery upon its Breach of Contract claims and Plaintiff has made demand for surrender of the Collateral which demand has been refused by Defendant.

5.  This lawsuit is for foreclosure or enforcement of a security interest on personal property (i.e. the Collateral).

6.  a)  Defendant is justly indebted to Plaintiff;

    b)  Attachment is not sought for the purpose of injuring or harassing Defendant;

    c)  Plaintiff will probably lose his debt unless the Writ of Attachment is issued; and

    d)  specific grounds for the Writ exist under Section 61.002, including but not necessarily limited to—

      i.      Defendant owes Plaintiff for property obtained by Defendant under false pretenses; and/or

      ii.     Defendant is about to convert all or part of the property into money for the purpose of placing it beyond the reach of his creditors.

It is therefore

ORDERED that a Writ of Attachment issue to the Sheriff or Constable of Victoria County, Texas, conditioned that Plaintiff shall post a bond in the amount of $_____ payable to Defendant conditioned and approved as required by law. It is further

ORDERED that the Writ of Attachment shall authorize the Sheriff or Constable of Victoria County, Texas to cut the lock, if any, on any storage unit or behind any gate in which the Collateral is stored. It is further

ORDERED that Defendant may replevy the Collateral by posting a bond in the amount of $_____ payable to Plaintiff, MAVERICK OILFIELD SPECIALTIES, INC., conditioned and approved as required by law.

SIGNED on this _____ day of _____, 2015 at _____ ___.m.

_____
PRESIDING JUDGE

APPROVED & ENTRY REQUESTED:

WILLIAM J. CRONIN, P.C.

By _____
William J. Cronin
TBA# 00790536
17101 Kuykendahl Rd. – Ste 120
Houston, Texas 77068
Tel (281) 444-2990
Fax (281) 444-2997
ATTORNEY FOR PLAINTIFF

Unofficial Copy Office of Chris Daniel District Clerk

**EXHIBIT**
**A**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Eileen M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
CLK 73

15-0026030875
08/06/2015 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

623036190003

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120' KING 150 TON ELEVATOR LINKS, S/N: 11252
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-2
(1) TE27-100—2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-4
(1) MS860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPMO1568
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0288
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/3-1/2" TOP LOAD SLIP BODY, S/N: D10298
(1) IE7-SMD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-067
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-23 FOR 5/8"-3/4", S/N: 63503-12, 63503-3
FOR 3/4"-7/8", S/N: 63503-1, 60133-14 FOR 1", S/N" 601338
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH112
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3559
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43090, DT #50377, RIG #120

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43090, DT #50377, RIG #120

International Association of Commercial Administrators (IACA)

Copyright Office of Clerk Daniel District Clerk

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15-0026031028**

**08/06/2015 05:00 PM**

**FILED**

TEXAS
SECRETARY OF STATE

SOS

6230381900005

A. NAME & PHONE OF CONTACT AT FILER (optional)
Elican M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
QLK 73

N13

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | | |
| 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 7506 US HWY 59 N | | CITY VICTORIA | STATE TX | POSTAL CODE 77905 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | | |
| 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS 16135 ALDINE WESTFIELD RD | | CITY HOUSTON | STATE TX | POSTAL CODE 77032 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120" KING 150 TON ELEVATOR LINKS, S/N: 10250
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-6
(1) TE27-100-2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37637-5
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPMQ1569
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0289
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10295
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-068
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-27 FOR 5/8"-3/4", S/N: 63503-28, 62066-17
FOR 3/4"-7/8", S/N: 63503-30, S/N: 62066-22 FOR 1", S/N: 62066-35
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH113
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3560
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43094, DT #50378, RIG #121

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43094, DT #50378, RIG #121

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Copy of the Office of Chris Daniel District Clerk

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**15-0026031149**
**08/06/2015 05:00 PM**

**FILED**
Texas
SECRETARY OF STATE
SOS

623036190006

A. NAME & PHONE OF CONTACT AT FILER (optional)
Eileen M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
OLK 7°

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120' KING 150 TON ELEVATOR LINKS, S/N: 11253
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37357-7
(1) TE27-100-2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-1
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR 2-3/8"-2-7/8", S/N: TPMO3570
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0290
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10280
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-049
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 62066-11, 62066-16 FOR 5/8"-3/4", 63503-24, 62066-9 FOR 3/4"-7/8", 63503-21, 63503-10 FOR 1"
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORHI14
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 4082
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43142, DT #50380, RIG #122

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE #43142, DT #50380, RIG #122

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Copy of Office of Chris Daniel District Clerk

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15-0027552663**

**08/19/2015 05:00 PM**

**FILED**

TEXAS
SECRETARY OF STATE

SOS

62762747D002

A. NAME & PHONE OF CONTACT AT FILER (optional)
Ellean M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
Karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Maverick Oilfield Specialties, Incorporated.
16135 Aldine Westfield Road
Houston, Texas 77032

RECEIVED
AUG 19 2015
CLK 8D

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LIMITED LIABILITY COMPANY | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16 WATERWAY COURT | THE WOODLANDS | TX | 77380 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INCORPORATED | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD ROAD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

PLEASE SEE ATTACHED PAGES FOR COLLATERAL

Unofficial copy or office of Chris Daniel District Clerk

| 5. Check only if applicable and check only one box: Collateral is | held in a Trust (see UCC1Ad, Item 17 and Instructions) | being administered by a Decedent's Personal Representative |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
INVOICE#43169, 42900, 43054, 43053, 43047, 43075, 43132, 43143

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

12/17/2015 10:38:32 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 8279643
By: FRANKLIN, KRYSTAL G
Filed: 12/17/2015 10:38:32 AM

No. _____

| | | |
|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HAMILTON WELL SERVICE, LLC | § | _____ JUDICIAL DISTRICT |

## ORDER FOR ISSUANCE OF WRIT OF SEQUESTRATION

On this day, the Court held a hearing on the Application for Writ of Sequestration filed by Plaintiff, MAVERICK OILFIELD SPECIALTIES, INC., in the above entitled and numbered cause.   Plaintiff appeared by and through its attorney of record.   The Court held the hearing with notice to Defendant.   Upon review of the pleadings, statements and evidence, the Court finds that—

1.   This Cause is pending in this Court.

2.   Plaintiff is seeking damages from Defendant and enforcements of Plaintiff's security interests and liens in the Collateral described on the attached Exhibit "A." (hereafter, collectively, "the Collateral").

3.   The Property/Collateral is located at 7506 US Hwy 59 N, Victoria, TX 77905.

4.   Plaintiff has shown a probable right to recovery upon its Breach of Contract claims and Plaintiff has made demand for surrender of the Collateral which demand has been refused by Defendant.

5.   This lawsuit is for foreclosure or enforcement of a security interest on personal property (i.e. the Collateral).

6.   A reasonable conclusion may be drawn that there is an immediate danger that the Defendant or the party in possession of the Property will conceal, dispose of, ill-treat, waste or destroy the Property/ Collateral or remove it from the county during the lawsuit.

It is therefore

ORDERED that a Writ of Sequestration issue to the Sheriff or Constable of Victoria County, Texas, conditioned that Plaintiff shall post a bond in the amount of $_____

payable to Defendant conditioned and approved as required by law.   It is further

ORDERED that the Writ of Sequestration shall authorize the Sheriff or Constable of Victoria County, Texas to cut the lock, if any, on any storage unit or behind any gate in which the Collateral is stored.   It is further

ORDERED that Defendant may replevy the Collateral by posting a bond in the amount of $_____ payable to Plaintiff, MAVERICK OILFIELD SPECIALTIES, INC., conditioned and approved as required by law.

SIGNED   on   this   _____   day   of   _____, 2015   at _____ ____.m.

_____
PRESIDING JUDGE

APPROVED & ENTRY REQUESTED:

WILLIAM J. CRONIN, P.C.

By_____
   William J. Cronin
   TBA# 00790536
   17101 Kuykendahl Rd. – Ste 120
   Houston, Texas 77068
   Tel (281) 444-2990
   Fax (281) 444-2997
ATTORNEY FOR PLAINTIFF

**EXHIBIT**

A

ALL-STATE LEGAL®

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

15-0026030875

08/06/2015 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

623036190003

A. NAME & PHONE OF CONTACT AT FILER (optional)
Eileen M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
CLK 73

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120' KING 150 TON ELEVATOR LINKS, S/N: 11252
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-2
(1) TE27-100--2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-4
(1) MS860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"~2-7/8", S/N: TPMO1568
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0288
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/3-1/2" TOP LOAD SLIP BODY, S/N: D10298
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-067
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-23 FOR 5/8"-3/4", S/N: 63503-12, 63503-3
FOR 3/4"-7/8", S/N: 63503-1, S/N: 60133-14 FOR 1", S/N" 601338
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH112
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3559
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43090, DT #50377, RIG #120

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43090, DT #50377, RIG #120

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Eilean M. Etheridge

**B. E-MAIL CONTACT AT FILER (optional)**
karen@maverickoilfield.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
OLK 73

N/3

**15-0026031028**

**08/06/2015 05:00 PM**

FILED
TEXAS
SOS SECRETARY OF STATE

623036190005

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120" KING 150 TON ELEVATOR LINKS, S/N: 10250
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-6
(1) TE27-100—2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37637-5
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPM01569
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0289
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10295
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-068
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-27 FOR 5/8"-3/4", S/N: 63503-28, 62066-17
FOR 3/4"-7/8", S/N: 63503-30, S/N: 62066-22 FOR 1", S/N: 62066-35
(1) RHMAV-35 TON ROD HOOK, S/N: MORH113
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3560
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43094, DT #50378, RIG #121

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43094, DT #50378, RIG #121

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

Copy by Office of Chris and Daniel ... electric.com

15-0026031149

08/06/2015 05:00 PM

FILED

TEXAS
SECRETARY OF STATE

SOS

623036190006

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Eilean M. Etheridge

**B. E-MAIL CONTACT AT FILER (optional)**
karen@maverickoilfield.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
OLK TO

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120" KING 150 TON ELEVATOR LINKS, S/N: 11253
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37357-7
(1) TE27-100--2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-I
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR 2-3/8"-2-7/8", S/N: TRM01570
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTM00290
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10280
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-049
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 62066-11, 62066-16 FOR 5/8"-3/4", 63503-24, 62066-9 FOR 3/4"-7/8", 63503-21, 63503-10 FOR 1"
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH114
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 4082
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43142, DT #50380, RIG #122

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43142, DT #50380, RIG #122

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

15-0027552663

08/19/2015 05:00 PM

FILED
TEXAS
SECRETARY OF STATE
SOS

627627470002

A. NAME & PHONE OF CONTACT AT FILER (optional)
Ellean M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
Karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Maverick Oilfield Specialties, Incorporated.
16135 Aldine Westfield Road
Houston, Texas 77032

RECEIVED
AUG 19 2015
CLK 80

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HAMILTON WELL SERVICE LIMITED LIABILITY COMPANY | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 16 WATERWAY COURT | | THE WOODLANDS | TX | 77380 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INCORPORATED | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD ROAD | | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

PLEASE SEE ATTACHED PAGES FOR COLLATERAL

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE #43169, 42900, 43054, 43053, 43047, 43075, 43132, 43143

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Unofficial copy Office of Chris Daniel District Clerk

12/17/2015 10:38:32 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 8279643
By: FRANKLIN, KRYSTAL G
Filed: 12/17/2015 10:38:32 AM

## 2015-75540 / Court: 190

No. _____

| | | |
|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| HAMILTON WELL SERVICE, LLC | § § | _____ JUDICIAL DISTRICT |

### <u>TEMPORARY RESTRAINING ORDER AND ORDER FOR HEARING</u>

On the below signed date, the Court considered the verified Plaintiff's Original Petition, Application for Injunctive Relief, Application for Writ of Sequestration, or Alternatively, Writ of Attachment filed by Plaintiff MAVERICK OILFIELD SERVICES, INC. (hereafter, "the Application"), with notice to Defendant, any written response thereto, oral argument, and additional evidence presented, if any.  After considering the foregoing, the Court finds that the Application should be granted.

It appears from the facts set forth in the pleadings, the exhibits presented, and the testimony from the witnesses, that—

a.  Plaintiff has demonstrated a probable right of recovery;

b.  Plaintiff has a perfected first lien security interest and purchase money security interest in the Collateral described on the attached Exhibit "A."   (hereafter, collectively, "the Collateral");

c.  The only adequate remedy would be to immediately enjoin Defendant's continued use and possession of the Collateral and to require the immediate turn over of the Collateral to Plaintiff so that Plaintiff may foreclose and sell the Collateral and apply the proceeds to the debt.

d.  A remedy of damages or any other remedy at law alone would be inadequate given the unique nature of the Collateral and the unlikelihood of collection if Defendant is allowed to remain in possession and in a position to dispose of or hide the Collateral.

e.  If no injunctive relief is granted, Plaintiff's rights in and to the Collateral, and proceeds thereof, will be lost and irreparable injury will occur.

f.    Further, Defendant lacks sufficient assets to satisfy its debts owed to Plaintiff.

It is therefore **ORDERED** that—

a.    Defendant, HAMILTON WELL SERVICE, LLC, its representatives, agents, officers, employees, attorneys, family members and any other persons in active concert or participation with them, whether acting directly or through any trust, corporation, subsidiary, assumed name, division or other devise, immediately:

i.    Cease and Desist from any and all use, movement, transfer, sale, encumbering, disposal, alteration and concealment of the Collateral, including proceeds therefrom;

ii.    Cease and Desist from transferring, concealing, destroying, or removing from the jurisdiction of this Court any books, records, documents, invoices, accounts, papers, correspondence, computers, computer data, software, emails, texts, or any other written or computer generated materials relating in any way to the Collateral and business of Defendant.

iii.    immediately provide in writing the physical location of each item of Collateral.

iv.    immediately turn over all of the Collateral to Plaintiff, or assemble and make all of the Collateral available for inspection and photography by Plaintiff.

v.    immediately provide in writing to Plaintiff a description of any Collateral disposed of or transferred by Defendant, including the date thereof, and the name, address and telephone number of each person or entity to whom Defendant transferred any Collateral; and

vi.    immediately provide in writing to Plaintiff the terms of any agreement under which any Collateral is held by a third party and provide a copy of any such agreement.

b.    Defendant in this cause is commanded to comply with this Order from the date and time of entry until the fourteenth days after entry or until further Orders by the Court.

c.    Defendant, HAMILTON WELL SERVICE, LLC, is hereby ORDERED to appear at the hearing to be held in the Court of the _____ District Court of Harris County, Texas at 201

Caroline, Houston, Texas 77002 at _____ a.m./p.m. on the _____ day of

_____, 2015 and to show cause why this Temporary

Restraining Order should not be extended and why the equitable relief requested in Plaintiff's

pleadings should not be granted until trial of this matter.

     d.    Plaintiff MAVERICK OILFIED SERVICES, INC. shall post a bond or cash in

the amount of $100.00 with the District Clerk.

     SIGNED on _____, 2015 at _____ a.m./p.m.


_____

        PRESIDING JUDGE


APPROVE & ENTRY REQUESTED

WILLIAM J. CRONIN, P.C.

By: _____
    William J. Cronin
    TBA# 00790536
    17101 Kuykendahl Rd., Ste 120
    Houston, TX 77068
    Tel (281) 444-2990
    Fax (281) 444-2997
    bcroninlaw@att.net
ATTORNEY FOR PLAINTIFF

**EXHIBIT**

A

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

15-0026030875
08/06/2015 05:00 PM
FILED
TEXAS
SECRETARY OF STATE
SOS
62303619000 3

A. NAME & PHONE OF CONTACT AT FILER (optional)
Eileen M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
MAVERICK OILFIELD SPECIALTIES, INC.

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120' KING 150 TON ELEVATOR LINKS, S/N: 11252
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-2
(1) TE27-100—2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-4
(1) MS860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR 2-3/8"-2-7/8", S/N: TPMO1568
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0288
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/3-1/2" TOP LOAD SLIP BODY, S/N: D10298
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-067
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-23 FOR 5/8"-3/4", S/N: 63503-12, 63503-3 FOR 3/4"-7/8", S/N: 63503-1, S/N: 60133-14 FOR 1", S/N" 601338
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH112
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3559
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43090, DT #50377, RIG #120

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43090, DT #50377, RIG #120

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15-0026031028**

**06/06/2015 05:00 PM**

**FILED**

TEXAS
SECRETARY OF STATE

SOS

623036190005

A. NAME & PHONE OF CONTACT AT FILER (optional)
Ellean M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
CLK 73

N13

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB17S-120-1-3/4" X 120' KING 150 TON ELEVATOR LINKS, S/N: 10250
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37481-6
(1) TE27-100—2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37637-5
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TPMO1569
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMO0289
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10295
(1) IE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-068
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 63503-27 FOR 5/8"-3/4", S/N: 63503-28, 62066-17
FOR 3/4"-7/8", S/N: 63503-30, S/N: 62066-22 FOR 1", S/N" 62066-35
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH113
(1) K2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 3560
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43094, DT #50378, RIG #121

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE # 43094, DT #50378, RIG #121

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Copy Office of Chris Daniel District Clerk

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15-0026031149**

**08/06/2015 05:00 PM**

FILED
TEXAS
SECRETARY OF STATE
SOS

623036190006

A. NAME & PHONE OF CONTACT AT FILER (optional)
Ellean M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Maverick Oilfield Specialties, Inc.
16135 Aldine Westfield Rd.
Houston, Texas 77032

RECEIVED
AUG 6 2015
CLK 79

NB

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| HAMILTON WELL SERVICE LLC/HAMILTON ENERGY GROUP | | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7506 US HWY 59 N | VICTORIA | TX | 77905 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INC. | | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16135 ALDINE WESTFIELD RD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(1) EB175-120-1-3/4" X 120" KING 150 TON ELEVATOR LINKS, S/N: 11253
(1) TE23-100-2-3/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37357-7
(1) TE27-100--2-7/8" 100 TON BVM TUBING ELEVATOR-NEW, S/N: 37352-1
(1) M5860/5893R-NEW MAV. 5893-R HYD. TUBING TONG W/ AIR BACKUP, DRAG RING AND JAWS FOR
2-3/8"-2-7/8", S/N: TFMO1570
(1) M4-RT-MAV. MARK IV ROD TONG W/ INNER RINGS AND BACKUP WRENCHES FOR 5/8"-1", S/N: RTMOD290
(1) TC101-NHD-TYPE C-HD 125 TON TUBING SPIDER W/ 3-1/2" TOP LOAD SLIP BODY, S/N: D10280
(1) JE7-5MD-7-1/16" 5000PSI DUAL BOP W/ CSO, 2-3/8" & 2-7/8" RAM BLOCKS, S/N: K13-049
(6) N-RE-P/PT-PETOL 25 TON PLATE TYPE ROD ELEVATOR, S/N: 62066-11, 62066-16 FOR 5/8"-3/4", 63503-24,
62066-9 FOR 3/4"-7/8", 63503-21, 63503-10 FOR 1"
(1) RHMAV-35-35 TON ROD HOOK, S/N: MORH114
(1) E2-7/8DB-DUAL OIL SAVER UNIT W/ PUMP AND HOSE-NEW
(1) LLSA-130-SALA SELF RETRACTING LIFELINE #3400965, S/N: 4082
ALSO INCLUDE ALL OTHER ITEMS FROM INVOICE #43142, DT #50380, RIG #122

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE #43142, DT #50380, RIG #122

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**15-0027552663**

**08/19/2015  05:00 PM**

**FILED**
TEXAS
SECRETARY OF STATE
SOS

62762747O0002

A. NAME & PHONE OF CONTACT AT FILER (optional)
Ellean M. Etheridge

B. E-MAIL CONTACT AT FILER (optional)
Karen@maverickoilfield.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Maverick Oilfield Specialties, Incorporated.
16135 Aldine Westfield Road
Houston, Texas 77032

RECEIVED
AUG 19 2015
CLK 50

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HAMILTON WELL SERVICE LIMITED LIABILITY COMPANY | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16 WATERWAY COURT | THE WOODLANDS | TX | 77380 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MAVERICK OILFIELD SPECIALTIES, INCORPORATED | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16135 ALDINE WESTFIELD ROAD | HOUSTON | TX | 77032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**PLEASE SEE ATTACHED PAGES FOR COLLATERAL**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
INVOICE #43169, 42900, 43054, 43053, 43047, 43075, 43132, 43143

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Unofficial Copy Office of Chris Daniel District Clerk